(59 South. 904.)

No. 19,616.

STATE v. HASKELL.

(Nov. 4, 1912.)

*(Syllabus by the Court.)*

On Motion to Dismiss.

1. DISMISSAL OF APPEAL.

There were no grounds to dismiss the appeal. Motion overruled.

On the Merits.

2. CRIMINAL LAW (§ 1182*)—APPEAL—REVIEW.

The defendant was found guilty of murder, and sentenced to suffer the extreme penalty of the law. For that reason, the record was examined to ascertain if there was any error on the face of the papers, and, as no bills of exceptions have been taken, and no assignment of error filed, the judgment is affirmed.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 3204–3214; Dec. Dig. § 1182.*]

Appeal from Second Judicial District Court, Parish of Webster; W. R. Percy, Special Judge.

Lewis Haskell was convicted of murder, and appeals. Affirmed.

Stewart & Stewart, of Minden, for appellant. R. G. Pleasant, Atty. Gen., and T. W. Robertson, Dist. Atty., of Minden, for the State.

BREAUX, C. J. The indictment charged the accused with having committed murder. He pleaded not guilty, and the trial of the case was proceeded with. Evidence was taken, argument of counsel heard, and the charge of the court given, and he was found guilty and sentenced to be executed.

On Motion to Dismiss.

[1] The Attorney General moves to dismiss the appeal. There was no ground for dismissing the appeal. The motion is overruled.

On the Merits.

[2] No bills of exceptions were taken, no assignment of error filed, and no error is apparent on the face of the papers.

There is no question before us to decide. The sentence and judgment are affirmed.